UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES MANSKA,            )<br>                                       )<br>         Plaintiff,           )<br>                                       )<br>v.                                  )<br>                                       )<br>DEPUTY ORTHOPAEDICS, INC.,  )<br>JOHNSON & JOHNSON,    )<br>                                       )<br>         Defendants.       )<br>                                       ) | 2:09-CV-0000624-PMP-LRL<br><br><u>**ORDER**</u> |

The Court having considered Defendant's Motion to Dismiss with Prejudice for Failure to Cooperate in Discovery (Doc. #34), filed on April 23, 2010, as well as Defendant's Reply Memorandum (Doc. #35) filed May 12, 2010, noting that Plaintiff has failed to file a response in opposition to Defendant's Motion to Dismiss, good cause appearing,

**IT IS ORDERED** that Defendant's Motion to Dismiss with Prejudice for Failure to Cooperate in Discovery (Doc. #34) is **GRANTED** and judgment shall forthwith be entered in favor of Defendants and against Plaintiff' James Manska.

DATED: May 24, 2010.

_____
PHILIP M. PRO
United States District Judge